**Billie Austin BRYANT, Petitioner–Appellant,**

v.

**UNITED STATES PAROLE COMMISSION; A.F. Beeler, Warden, Respondents–Appellees.**

No. 06–7839.

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2007.

Decided: June 21, 2007.

Billie Austin Bryant, Appellant Pro Se. Steve R. Matheny, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**310**

PER CURIAM:

Billie Austin Bryant, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bryant v. United States Parole Comm'n,* No. 5:05–hc–00801–BO (E.D.N.C. Sept. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*